UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFIO GANGEMI,<br><br>                              Plaintiff,<br><br>            -against-<br><br>GOVERNMENT; FBI,<br><br>                            Defendants. | 23-CV-1027 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the April 10, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 10, 2023
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                          Chief United States District Judge